DEFENDANT:  Carmen Sanchez

YOB:   1964

COMPLAINT  _____ Yes __X____ No
FILED?

     If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ Yes _____ No
 If No, a new warrant is required

OFFENSES:  *Counts 1, 2 & 4:* Mail Fraud, 18 U.S.C. § 1341
     *Count 8:* Conspiracy, 18 U.S.C. § 371

LOCATION OF Adams County, Colorado
OFFENSE:

PENALTY:  *Mail Fraud (Counts 1, 2 & 4):* for each violation, NMT twenty years
     imprisonment and/or NMT $250,000 fine; NMT three years supervised
     release; $100 special assessment
     *Conspiracy (Count 8):* NMT five years imprisonment and/or NMT
     $250,000 fine; NMT three years supervised release; $100 special
     assessment

AGENT:   Dana McKay, Dep't of Education OIG
     Charlie Beans, U.S. Secret Service

AUTHORIZED
BY:    Daniel E. Burrows, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 _X_  five days or less_____ over five days  _____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
____X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: _ Yes  X  No

1