AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 18-cr-389 WYD |
| ANTHONY SANCHEZ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANTHONY SANCHEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1341, Mail Fraud
21 U.S.C. § 1097(A), Student Loan Fraud

Date: 08/21/2018

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |