IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr—389 WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ANTHONY SANCHEZ,**

    Defendant

---

**CJA NOTICE OF ACCEPTANCE OF APPOINTMENT AND REQUEST FOR DISCOVERY**

---

    Michael Faye, of the Law Firm of Glassman & Faye, PC., hereby enters his appearance in the above captioned case as court appointed counsel under the Criminal Justice Act.  Counsel further requests a copy of the discovery pursuant to the Federal Rules of Criminal Procedure.

    Respectfully Submitted,

/s/ Michael Faye_____
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
789 Sherman Street
Suite 420
Denver, CO 80203
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2018, I electronically filed the foregoing *CJA Notice of Acceptance of Appointment and Request For Discovery* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

Anthony Sanchez – Defendant (by US Mail)

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

    /s/ Michael Faye
    Michael Faye
    Attorney for Defendant
    Reg. #35204
    The Law Firm of Glassman & Faye
    789 Sherman Street
    Suite 420
    Denver, CO 80203
    Telephone: 720-254-0942
    Fax: 303-265-9481
    Email: Michael@glassmanfaye.com