IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     18-cr-00389-RBJ | Date: October 4, 2018 |
| Courtroom Deputy: Patricia Glover | Court Reporter: Sarah Mitchell |
| Interpreter:      N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Daniel Burrows* |
| v. | |
| 1. CARMEN SANCHEZ<br>2. ANTHONY SANCHEZ<br>3. JERAMYAH GONZALEZ<br>4. ANDREW SANCHEZ<br>5. SARA SANCHEZ<br>**Defendants** | *Natalie Stricklin*<br>*Michael Faye*<br>*Thomas Ward*<br>*Mary Mulligan*<br>*David Jones* |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

Court in Session:  1:34 p.m.

Appearance of counsel.

Defendants are present on bond.

Discussion held on status of the case.

Defendants collectively through Ms Stricklin move by oral motion for an Ends of Justice Continuance.

Argument by Ms. Stricklin.

**ORDERED:   Oral Motion for Ends of Justice Continuance is GRANTED.  Speedy trial is to end on February 11, 2019 with no objection by the parties.**

**FIVE DAY JURY TRIAL** is set for February 4, 2019, at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**Motions are to be filed on or before December 4, 2018.**

**Responses are due on or before December 18, 2018.**

**MOTIONS HEARING** is set for January 4, 2019, at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**Defendants' bonds are continued.**

Court in Recess:  1:50 p.m.          Hearing concluded.          Total time in Court:   00:16