IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr—389 WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ANTHONY SANCHEZ,**

    Defendant

---

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

---

Anthony Sanchez hereby submits his unopposed motion to modify conditions of release as follows:

1. On September 10, 2018, Mr. Sanchez was released in this case on a $10,000 unsecured bond (Doc #57). As part of his release, Mr. Sanchez agreed to comply with all conditions of release set forth in the Order Setting Conditions of Release (Doc #58).

2. As a condition of release, the Court specified that Mr. Sanchez shall submit to testing for prohibited substances if required by the pretrial services office or supervising officer. (Doc #58, Condition (7)(n)).

3. Mr. Sanchez has in fact been subjected to random drug tests since his release from custody. Mr. Sanchez submits that he has been fully compliant with all testing requirements.

4. Pursuant to 18 U.S.C. §3142 (c)(B), the Court must order pretrial release "subject to the least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community."

5. Factors that the Court must consider in setting the condition of bond include:

    a. The nature and circumstances of the offense charged. 18 U.S.C. §3142 (g)(1). Mr. Sanchez is charged with Mail Fraud and Student Loan Fraud, pursuant to 18 U.S.C. § 1341) and 21 U.S.C. §1097(a). There are no allegations in this case that drugs or alcohol played any role whatsoever.

    b. The history and characteristics of the person, including the person's…history relating to drug or alcohol abuse… 18 U.S.C. §3142(g)(3)(A). A review of Mr. Sanchez's criminal history discloses no drug or alcohol related cases throughout his entire life.

    c. The Defendant's employment. 18 U.S.C. §3142(g)(3)(A). Mr. Sanchez is currently employed as a plumber and works well over 40 hours per week.

    d. The nature and seriousness of the danger to any person or the community. 18 U.S.C. §3142(g)(4). Mr. Sanchez does not pose a danger to any person or the community.

6. Mr. Sanchez is asking the Court to order that the conditions of release be modified to eliminate condition 7(n) of the conditions of release.  This would eliminate the need for random drug testing.  Mr. Sanchez makes this request due to the cumbersome nature of the random drug testing.  Mr. Sanchez works very long and irregular hours as a plumber and often times the random drug tests make it very difficult for him to balance work with this requirement.  Mr. Sanchez has complied with all testing for nearly four months without incident and asks this Court to consider removing this condition.  Mr. Sanchez is not a drug user and will continue to comply with the Court's order that he not consume any illegal substances.

7. Mr. Burrows, on behalf of the Government, has no objection to modifying Mr. Sanchez's conditions of release in accordance with this motion.

Respectfully Submitted,

/s/ Michael Faye _____
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
789 Sherman Street
Suite 420
Denver, CO 80203
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I electronically filed the foregoing *Unopposed Motion To Modify Conditions of Release* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

Anthony Sanchez – Defendant (by US Mail)

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
789 Sherman Street
Suite 420
Denver, CO 80203
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com