IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr—389 WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ANTHONY SANCHEZ,**

    Defendant

---

**NOTICE OF DISPOSITION AND REQUEST FOR A CHANGE OF PLEA HEARING**

---

    Undersigned counsel, Michael Faye, Esq., on behalf of Anthony Sanchez, hereby advises the Court that a disposition has been reached between Mr. Sanchez and the government.

    WHEREFORE, undersigned counsel respectfully requests that the Court set this matter for a change of plea hearing and vacate the January 4, 2019 9:00 AM motions hearing.

    Respectfully Submitted,

/s/ Michael Faye_____
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
789 Sherman Street
Suite 420
Denver, CO 80203
Telephone: 720-254-0942

        Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

     I hereby certify that on January 9, 2019, I electronically filed the foregoing *Notice of Disposition and Request for Change of plea Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

Anthony Sanchez – Defendant (by US Mail)

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

<u>/s/ Michael Faye</u>
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
789 Sherman Street
Suite 420
Denver, CO 80203
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com