# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ANTHONY SANCHEZ,

    Defendant.

---

## Unopposed Motion to Reschedule Sentencing Hearing

---

    The United States hereby requests that the Court reschedule Defendant Anthony Sanchez's sentencing hearing for no earlier than 10:15 AM on April 26, 2019. Alternately, the United States requests that the Court allow the parties to contact chambers to select another mutually agreeable date and time. In support thereof, the government states as follows:

    1.    On Tuesday, Defendant Anthony Sanchez entered a guilty plea to Count 10 of the Indictment and the Court set a sentencing hearing for April 26, 2019, at 8:30 AM. (Courtroom Mins., Feb. 20, 2019, ECF No. 111.)

    2.    Although the parties were given an opportunity to review their schedules for any conflicts before this date was selected, the undersigned failed to notice that he already had a sentencing in another case set for 9 AM that same day. The undersigned apologizes for this error. Nonetheless, the government believes it is unlikely that Defendant Anthony Sanchez's sentencing will be completed in time for government counsel to make it to that other hearing.

3. The undersigned is the sole government attorney presently assigned to this case. Given the multi-defendant nature of the case, the undersigned believes the most efficient use of prosecutive and judicial resources would be for him to represent the government at Defendant Anthony Sanchez's sentencing rather than ask a colleague to cover the hearing.

4. The undersigned contacted opposing counsel and was informed that Defendant Anthony Sanchez would have no objection to the relief requested herein. Further, opposing counsel stated that his schedule would currently allow him to do the sentencing any other time on April 26.

WHEREFORE, the government requests that the Court reschedule Defendant Anthony Sanchez's sentencing hearing for no earlier than 10:15 AM on April 26, 2019. Alternately, the government requests that the Court allow the parties to contact chambers and select another mutually agreeable date and time.

Respectfully submitted this 21st day of February, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney