IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ANTHONY SANCHEZ,

    Defendant.

## Government's Objections to Presentence Report Regarding Anthony Sanchez

    The government hereby submits the following objections to the presentence report (PSR) prepared with regard to Defendant Anthony Sanchez (ECF No. 127):

    <u>Paragraph 31</u>: **T**he government recognizes that, as the Probation Officer states, "all victim statements provided will be included in each of the defendants' Presentence Reports" in this case. Nonetheless, the government believes it is important to note that it does not believe J.M. and A.M. were victims of any conduct carried out by Defendant Anthony Sanchez. As noted in each of the plea agreements provided to the Court thus far, the parties worked to attribute losses based on the conduct of each individual Defendant. Such attribution essentially came down to attributing each victim to a particular defendant. While Defendant Anthony Sanchez did engage in identity theft as part of his fraud (Anthony Sanchez Plea Agreement 5–6, ECF No. 112), J.M. and A.M. were not among those whose identities Defendant Anthony Sanchez stole. It was another defendant's conduct

that resulted in harm to those victims.

  Respectfully submitted this 8th day of April, 2019.

          *Jason R. Dunn*
          U.S. Attorney


          s/ Daniel E. Burrows
          *Daniel E. Burrows*
          1801 California St.
          Suite 1600
          Denver, CO 80202
          Telephone: (303) 454-0100
          FAX: (303) 454-0400
          E-mail: daniel.burrows@usdoj.gov
          Special Assistant U.S. Attorney