IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr—389 WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ANTHONY SANCHEZ,

    Defendant

---

**MOTION FOR VARIANT SENTENCE**

---

Anthony Sanchez, by and through his CJA Counsel, Michael Faye, respectfully requests this Court to impose a variant sentence.  Mr. Sanchez specifically requests that he be sentenced to probation.  He states the following as grounds for this request:

**I.    PROCEDURAL HISTORY**

1. On February 20, 2019 Mr. Sanchez plead guilty to Student Loan Fraud, Count Ten of the indictment, a violation of 20 U.S.C. § 1097(a).  Pursuant to the plea agreement (Document 112), the Government agreed to dismiss counts three and five of the indictment at the time of sentencing and will request a sentence that will not include more than twelve months of imprisonment.  Mr. Sanchez has also stipulated to pay restitution in the amount of $61,131.95 to the victims.

## II.     GROUNDS FOR A NON-GUIDELINE SENTENCE

2. Pursuant to 20 U.S.C. § 1097(a), the possible penalties that Mr. Sanchez faces are no more than five years, a fine of not more than $20,000.00, or both, not more than three years of supervised release; and a $100.00 special assessment fee.  According to the Presentence Investigation Report (ECF No. 126), the total offense level of 12 and a criminal history category of I, the calculated guideline imprisonment range is ten months to sixteen months.

3. Pursuant to 18 U.S.C. § 3581(b)(4), the offense to which Mr. Sanchez plead guilty is a Class D felony.  Accordingly, the Court does have the discretion to sentence Mr. Sanchez to probation pursuant to 18 U.S.C. § 3561(a).

4. Mr. Sanchez has accepted full responsibility of the commission of his offense and is very remorseful for his behavior.  In consideration of the sentencing purposes set forth in 18 U.S.C. § 3553, Mr. Sanchez is asking the court for leniency.

### A.  The Nature and Circumstances of the Offense

5. Mr. Sanchez is extremely remorseful and full of regret about his decision to partake in this criminal activity.  He became involved in these illegal acts at the prompting of his family members under the guise of a way to make "easy money" without getting caught.  Unfortunately, he succumbed to the allure of stealing money that he did not earn.  At the time of the criminal acts Mr. Sanchez did not fully grasp the magnitude of his actions.  Mr. Sanchez now fully understands the magnitude of his crime and is very much aware that his conduct harmed the public and the government.  This behavior is

out of character for Mr. Sanchez as he has always worked hard to provide for himself and his family.

### B. Mr. Sanchez's History and Characteristics

6. Mr. Sanchez submits that there are multiple factors that would warrant a variance from the applicable sentencing guideline range.  One of the factors that the Court shall consider in determining the appropriate sentence is the nature and circumstances of the offense and the history and characteristics of the defendant. 18 U.S.C. § 3553(a)(1).  Mr. Sanchez is only 30 years old.  He has two children, ages 8 and 11.  A third son who would have been the twin to his eldest son was stillborn.  The death of this child was an extremely difficult situation for Mr. Sanchez to cope with.  Mr. Sanchez has a very close relationship to his mother.  Mr. Sanchez has always been a hard-working individual who has been able to maintain various jobs throughout his life.  He graduated high school in 2006 and then completed a four-year plumbing apprenticeship.  He has since received his journeyman license for plumbing and works as a plumber today.  He also has obtained multiple other certifications and trainings throughout the years.  Dating back to the age of 15, Mr. Sanchez has always been employed in some capacity.  He is a hard-working individual who has always done his best to earn a living to provide for himself and his family.  Mr. Sanchez is not someone who uses or abuses drugs or alcohol.

7. Mr. Sanchez has been on pretrial release since September 10, 2018.  He was randomly drug tested from September 20, 2018 until January 10, 2019 without any violations.  Mr. Sanchez was completely compliant with all terms and conditions of his supervised

release. This demonstrates to the Court that Mr. Sanchez is a good candidate for probation supervision.

**C. The Need for the Sentence Imposed to Reflect the Seriousness of the Offense, Promote Respect for the Law, and to Provide Just Punishment for the Offense.**

8. Mr. Sanchez is extremely unlikely to commit another offense of any kind. Due to his strong work history, family support, lack of substance abuse, and lack of extensive criminal history, a sentence to probation would serve as a punitive sanction that also adequately protects the public. A sentence to probation would also serve as more than adequate deterrence to future criminal conduct. While the offenses at hand were committed by Mr. Sanchez in the years of 2013 and 2014, Mr. Sanchez was not indicted until October of 2018. Immediately upon learning that a warrant for his arrest existed, Mr. Sanchez voluntarily walked himself to the courthouse and turned himself in for these crimes on September 10, 2018. His only criminal conviction between 2013 and his arrest date was a speeding ticket in 2015. That equates to a 5 year period of time since the offense was committed without any criminal conduct. He has shown that he can live a crime free and productive life. Mr. Sanchez has lived under the cloud of these charges since his arrest date and takes this matter very seriously. He is extremely concerned about how his past behavior will effect his young children. He understands that he must pay a consequence for his past behavior and a sentence to probation would go a long way in providing deterrence for any future criminal conduct.

9. Mr. Sanchez has agreed to repay $61,131.95 in restitution to his victims. This is a very substantial amount of money. Mr. Sanchez is eager to repay his victims and takes that obligation very seriously. Since October of 2018 Mr. Sanchez has remained employed as a full-time plumber with MTech Mechanical. He is currently earning $24.00 per hour. This is a stable and good paying job that will allow him to repay his restitution debt.

Respectfully Submitted,

/s/ Michael Faye
Michael Faye
Attorney for Defendant
Reg. #35204
The Law Firm of Glassman & Faye
789 Sherman Street
Suite 420
Denver, CO 80203
Telephone: 720-254-0942
Fax: 303-265-9481
Email: Michael@glassmanfaye.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2019, I electronically filed the foregoing *Motion for Variant Sentence* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

United States Attorney via CM ECF.

Anthony Sanchez – Defendant (by US Mail)

and hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name.

      /s/ Michael Faye
      Michael Faye
      Attorney for Defendant
      Reg. #35204
      The Law Firm of Glassman & Faye
      789 Sherman Street
      Suite 420
      Denver, CO 80203
      Telephone: 720-254-0942
      Fax: 303-265-9481
      Email: Michael@glassmanfaye.com