IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 18-cr-00389-RBJ | Date: April 26, 2019 |
| Courtroom Deputy: | Leigh Roberson | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Trisha Skalmusky |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | Daniel E. Burrows |
| **Plaintiff** | |
| v. | |
| 2. ANTHONY SANCHEZ | Michael Faye |
| **Defendant** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   1:32 p.m.

Appearances of counsel. Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [139] Defendant's Motion for Variant Sentence is **DENIED.**

[150] Government's Motion to Dismiss Counts is **GRANTED.**

**ORDERED:**   Defendant shall be **imprisoned** for **12 months and one day** as to Count Ten of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three years.**

**Restitution** shall be paid as stated on the record. Interest on restitution shall be waived.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant in an official detention facility in the state of Colorado.

**ORDERED:**   **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant will be permitted to self-report.

**Court in recess:**  2:15 p.m.          Hearing concluded.          Total time:      00:43