IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ-2

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY SANCHEZ,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, ANTHONY SANCHEZ, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Oklahoma City, 7410 S. Macarthur Blvd, Oklahoma City, Oklahoma, on May 16, 2019, by 12:00 noon, and will travel at his own expense.

        DATED at Denver, Colorado, this __6th__ day of May, 2019.

        BY THE COURT:

        _____
        R. BROOKE JACKSON
        United States District Judge